

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Malik J. Bullock; Levita A. Walker | Civil Action No. 19-cv-01162-DMS-NLS |
| Plaintiff, | |
| V. | |
| Fallbrook Union School District | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Complaint is DISMISSED without prejudice for failure to state a claim.

Date: 2/4/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy